## STATEMENT OF FACTS

### *March 4, 2025*

1.      As reported in Metropolitan Police Department ("MPD") Criminal Case Number ("CCN") 25-031-425, MPD Officers conducted a search of 4313 Wheeler Road, Southeast, Apartment 103, at approximately 5:23 p.m. on March 4, 2025, pursuant to D.C. Superior Court Search Warrant 2025 CSWLD 00787.

2.      The Officers knocked and announced themselves as police with a warrant and then made entry into the apartment. When officers entered the apartment, they observed Defendant ALONZO HINNANT standing in the living room area directly next to a couch.  The couch itself had its back facing a wall, but it had been pulled slightly away from the wall. A security sweep revealed that HINNANT was the only occupant of the apartment.

3.      Following the security sweep, the Officers conducted a search of the apartment. During the search, Officers discovered a black in color handgun in the area between the couch and the wall directly adjacent to where HINNANT had been standing when the Officers entered the apartment.  The handgun was later determined to be a Glock, Model 23, .40 caliber semiautomatic handgun.  The Glock 23 was loaded with one round of ammunition in the chamber and fourteen rounds in the magazine.



1

4.      The Officers continued their search and discovered numerous small plastic bags containing either white powder or a white, rocklike substance, as well as a digital scale covered in a white powdery residue.



5.      The seized narcotics were transported to the DEA lab for testing, which revealed the following substances and aggregate weights.

| SUBSTANCE | WEIGHT |
|---|---|
| Cocaine Base | 25.142 grams |
| N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propenamide (Fentanyl) | 5.49 grams |
| N-(2-Methylphenyl)-N-(1-phenethylpiperidin—4-yl)propionamide (Methyl Fentanyl) | 5.44 grams |
| Cocaine | 3.85 grams |

6. Based on the evidence described above, Your Affiant respectfully submits that there is probable cause to find that, on March 4, 2025, in the District of Columbia, ALONZO HINNANT committed the offense of Possession With Intent to Distribute Cocaine Base and Fentanyl, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C).

7. Based on the evidence described above, Your Affiant respectfully submits that there is probable cause to find that, on March 4, 2025, in the District of Columbia, ALONZO HINNANT committed the offense of Possessing a Firearm in Furtherance of a Drug Trafficking Offense, in violation of 18 U.S.C. § 924(c)(1)(A)(i).

### *April 29, 2025*

8. As reported in MPD CCN 25-062-784, MPD Officers Finn and Griffin were on patrol wearing full police uniform and operating a marked MPD cruiser during the evening shift on April 29, 2025. Specifically, Officers Finn and Griffin were patrolling in Patrol Service Area ("PSA") 706, a high crime area where 7 robberies, 3 assaults with a dangerous weapon, and 1 homicide involving a firearm have been committed so far in 2025. There have also been 60 instances of "sounds of gunshot" reports on ShotSpotter in PSA 706 during that same time.

9. While on patrol, Officers Finn and Griffin drove into the parking lot adjacent to 832 Barnaby Street, Southeast.[1] That address is associated with a large, multi-building apartment complex known as the Highland Terrace apartments. As the officers pulled into the parking lot, they observed multiple individuals congregating around lawn chairs holding plastic cups. The officers observed an open bottle of Sutter Home wine and an open bottle of Don Julio tequila in the individuals' immediate vicinity. The officers saw observed that one of the men, later identified

---

[1] 832 Barnaby Street, Southeast, is approximately .3 miles from 4313 Wheeler Road, and Google Maps™ estimates that the two addresses are separated by an eight-minute walk.

3

as ALONZO HINNANT, discarded his plastic cup immediately upon seeing the marked patrol car.

10.     Officers Finn and Griffin stopped their cruiser, got out, and approached the group. As they were exiting their cruiser, the officers saw that HINNANT had a visible, rectangular object protruding from the waistband of his shorts.  Officer Griffin immediately walked to HINNANT's location, performed a protective pat down and felt what he immediately recognized to be a firearm. Officer Griffin then gave the pre-determined codeword for the presence of a firearm and Officers Finn and Griffin detained HINNANT in handcuffs.  As is seen in the still shot below, the rectangular object protruding from HINNANT's waistband is visible in BWC footage as the officers were detaining HINNANT.



11.     After HINNANT was detained, Officer Finn removed a black handgun fitted with an extended, high-capacity magazine from the exact location in the front of HINNANT's shorts where the protruding object was visible.



12.    The handgun was later determined to be a Glock, Model 26, 9mm semi-automatic handgun bearing serial number AHBH328.  A query of that serial number revealed that the firearm had been reported stolen in Prince George's County, Maryland.  The Glock 26 was loaded with 19 rounds of 9mm ammunition in a 31-round capacity magazine when it was seized.



5

13.    Your Affiant is aware that the Highland Terrace Apartments are directly across the street from the Early Childhood Academy Public Charter School ("ECAPCS"), which enrolls students from Pre-K through the Third Grade.  As shown in the map below, the parking lot of the Highland Terrace Apartments is approximately 500 feet from ECAPCS.



14.    Your Affiant is also aware that the 800 block of Barnaby Street, Southeast, is clearly marked as a school zone in recognition of ECAPCS.  In the picture below, the building located at 832 Barnaby Street, Southeast, is to the left of the screen.



15.    Based on the evidence described above, Your Affiant respectfully submits that there is probable cause to find that, on April 29, 2025, in the District of Columbia, ALONZO HINNANT committed the offense of Unlawful Possession of a Stolen Firearm, in violation of 18 U.S.C. § 922(j).

16.    Based on the evidence described above, Your Affiant respectfully submits that there is probable cause to find that, on April 29, 2025, in the District of Columbia, ALONZO HINNANT committed the offense of Unlawful Possession of a Firearm in a School Zone, in violation of 18 U.S.C. § 924(q)(2)(A).

Special Agent Ann E. Lohman
Bureau of Alcohol, Tobacco, Firearms, and Explosives
.

7

8

SWORN AND SUBSCRIBED BEFORE ME ON MAY 1, 2025.

_____
MOXILA A. UPADHYAYA
United States Magistrate Judge